IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| WILLIAM TREVOR CASE,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD STANLEY PASHA, WILLIAM SATHER, DAVE HEFFERNAN, BLAKE LINSTED, in their individual and official capacities, ANACONDA-DEER LODGE COUNTY,<br><br>        Defendants. | Cause No. CV-22-044-BU-BMM<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO TAKE JUDICIAL NOTICE OF DEFENDANTS ANACONDA-DEER LODGE COUNTY AND WILLIAM SATHER** |

The Court, having reviewed the Unopposed Request to Take Judicial Notice of Defendants Anaconda-Deer Lodge County and William Sather, and good cause appearing therefor,

IT IS ORDERED that Defendants' Request to Take Judicial Notice is granted and, to the extent permitted under the Federal Rules of Evidence, the Court takes judicial notice of the guilty verdict against Plaintiff filed in *State of Montana v. William Trevor Case*, Cause No. DC-21-100, Montana Third Judicial District Court, Anaconda-Deer Lodge County, attached to the request filed at Docket No. 31-1.

2

DATED this 13th day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

2