UNITED STATES DISTRICT COURT
FOR THE STATE OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| WILLIAM TREVOR CASE,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD STANLEY PASHA, WILLIAM SATHER, DAVE HEFFERNAN, BLAKE LINSTED, in their individual and official capacities, ANACONDA-DEER LODGE COUNTY,<br><br>Defendants. | Cause No.: 2:22-cv-00044-BMM<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The Court having reviewed the Stipulation for Dismissal Without Prejudice, and for good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice subject to the terms set forth below:

1. All plaintiff's claims against the defendants are currently barred by *Heck v. Humphrey*, 512 U.S. 477 (1994);

1

2. *Heck* bars all plaintiff's claims against these defendants unless and until his conviction for assault of a peace officer under Mont. Code Ann. § 45-5-210 is reversed and the proceedings in Montana's Third Judicial District Court, Deer Lodge County, Cause No. DC-2021-100 are resolved in his favor;

3. The statute of limitations to refile the claims at issue in this action will be tolled until Plaintiff's conviction is reversed and the proceedings in Montana's Third Judicial District Court, Deer Lodge County, Cause No. DC-2021-100 are resolved in plaintiff's favor; and

4. Plaintiff may not refile claims against these defendants unless and until his conviction is reversed and the proceedings in Montana's Third Judicial District Court, Deer Lodge County, Cause No. DC-2021-100 are resolved in his favor.

DATED this 31st day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court